

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-23-00076-CR

Paul **MENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4184
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The trial court imposed or suspended sentence on December 6, 2022. Because appellant did not file a motion for new trial, his notice of appeal was due on January 5, 2023. Appellant filed his notice of appeal on January 20, 2023, and also filed a timely motion for extension of time to file his notice of appeal. TEX. R. APP. P. 26.3. We GRANT appellant's motion for extension of time to file his notice of appeal and retain this appeal on the docket of this court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court